24503

James Russell CAIN, Respondent v. STATE of South Carolina, Petitioner.

(477 S.E. (2d) 98)

Supreme court

*Attorney General Charles Molony Condon, Assistant Deputy Attorney General Donald J. Zelenka,* Columbia, *for petitioner.*

*W. Gaston Fairey,* of *Fairey, Parise & Mills, P.A.,* Columbia, *for respondent.*

Submitted Sept. 19, 1996.

Decided Oct. 14, 1996.

*Per Curiam:*

After a review of the entire record, we dismiss the writ of certiorari as improvidently granted.

FINNEY, C.J., not participating.